# United States District Court

## WESTERN DISTRICT OF WASHINGTON

SHELLEY L REYNOLDS,

                  Plaintiff,

        v.

JO ANNE B BARNHART,

                  Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C04-5844JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      The Social Security Administration's final decision is REMANDED for further consideration.

December 1, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk